974

No. 638, Misc.   MOUNTS v. ADAMS, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 639, Misc.   FLUERY v. HEINZE, WARDEN, ET AL. Supreme Court of California.   Certiorari denied.

No. 640, Misc.   STONE v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 642, Misc.   CONTRERAS v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 643, Misc. .FLETCHER v. LOUISIANA.   Supreme Court of Louisiana.   Certiorari denied.   *Eugene Stanley* for petitioner.

No. 644, Misc.   McGANN v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 645, Misc.   MEISEL v. NEW YORK.   Appellate Division of the Supreme Court of New York, Second Judicial Department.   Certiorari denied.

No. 661, Misc.   TYNE v. VENETUCCI ET AL.   C. A. 7th Cir.   Certiorari denied.   *Benjamin Wham* and *John E. Owens* for petitioner.   *Charles F. Grimes, Daniel S. Wentworth, L. A. Wescott* and *Eugene A. Tappy* for Oak Park National Bank, respondent.

No. 665, Misc.   UNITED STATES EX REL. WOJCULEWICZ v. RICHMOND, WARDEN.   C. A. 2d Cir.   Certiorari denied. *Frederick J. Rundbaken* for petitioner.   *Albert S. Bill* for respondent.